IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 25-mj-174 |
| v. | : |
| | : |
| CHARLES MIDDLETON, | : |
| | : |
| Defendant. | : |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the October 7, 2025 Preliminary Hearing in the above-captioned matter for approximately three weeks. The undersigned has spoken with Defense Counsel who joins in this request. In support of this motion, the Government states the following:

The Defendant was arrested in this case on August 26, 2025 and appeared for his initial appearance that same day. On August 28, 2025, the Defendant was released on conditions. On September 8, 2025, the Government conveyed a plea offer, which is contingent upon the Defendant accepting the offer before a Preliminary Hearing is held and before the case is indicted. On September 9, 2025, Defense Counsel indicated that the Defense would agree to continue the Preliminary Hearing for approximately three weeks to give the Defendant an opportunity to consider the plea offer. At the parties request, the Court continued the Preliminary Hearing to October 7, 2025. Since then, the parties reached a tentative disposition regarding this case. The parties are now requesting additional time to finalize the agreement before the next hearing.

The Government therefore recommends a three-week continuance, and the Defense joins in this request.

1

The defense does not oppose exclusion of time under the Speedy Trial Act until the newly scheduled hearing date.

The defense does not oppose the relief sought in this motion.

## **CONCLUSION**

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that its motion be granted.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jacob M. Green
JACOB M. GREEN
MA Bar No. 706143
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-803-1617
Jacob.green3@usdoj.gov